William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant Pradeep Bali.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PRADEEP BALI,<br><br>        Defendant. | Case No.  1:09-CR-170 OWW<br><br>**STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE AND ORDER THEREON** |

Plaintiff United States of America and Defendant Pradeep Bali, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.   The parties have negotiated a written Plea Agreement in this matter. The written Plea Agreement includes a provision that relates to the civil tax issues. The civil tax issues are still in the process of being resolved.

2.   This matter is currently on calendar for Monday, June 22, 2009. The parties desire to continue that date to July 13, 2009 at 1:30 p.m.

///
///
///
///
///
///

G:\docs\ATimken\Orders To Be Signed\09cr170.stip.cont.doc    1

STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE AND ORDER THEREON

3. The parties respectfully request that the Court set the Defendant's initial appearance and entry of plea for July 13, 2009 at 1:30 p.m.

DATED:  6/16/06              United States of America

By:  /s/ MARK E. CULLERS
    Mark E. Cullers,
    Assistant United States Attorney

DATED:  6/16/06              By:  /s/ WILLIAM C. HAHESY
    William C. Hahesy,
    Attorney for Defendant
    Pradeep Bali

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the initial appearance and entry of plea shall be set on July 13, 2009 at 1:30 p.m. in Courtroom 3 of the above court.

DATED:  6/16/2009            /s/ OLIVER W. WANGER
    Hon. OLIVER W. WANGER
    United States District Court Judge

G:\docs\ATimken\Orders To Be Signed\09cr170.stip.cont.doc   2

STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE AND ORDER THEREON