# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PRADEEP BALI,<br><br>  Defendant. | Case No.  1:09-CR-170 OWW<br><br>**ORDER ON STIPULATION REGARDING CONTINUANCE OF DEFENDANT PRADEEP BALI'S SENTENCING** |

## **ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant Pradeep Bali's sentencing currently on calendar for December 14, 2009 at 1:30 p.m. shall be continued to Tuesday, January 19, 2010 at 9:00 a.m. in Courtroom 3 of the above court.

DATED: December 9, 2009         /s/ OLIVER W. WANGER
                                Hon. OLIVER W. WANGER
                                United States District Court Judge

G:\docs\RGaumnitz\Orders to be signed\09cr170.stipo.cont.sent.doc         1

ORDER ON STIPULATION REGARDING CONTINUANCE OF DEFENDANT PRADEEP BALI'S SENTENCING

PDF created with pdfFactory trial version www.pdffactory.com