UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE:   PRADEEP BALI
Docket Number:  109CR00170-01 OWW
PERMISSION TO TRAVEL
<u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to New Delhi, India, from October 13, 2011 to December 13, 2011. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 19, 2010, Pradeep Bali was sentenced for the offense(s) of Tax Evasion.

**Sentence imposed**:  6 months BOP, 36 months TSR, $100 special assessment. **Special Conditions:** 1) Search; 2) Not dissipate assets; 3) Provide the Probation Officer with financial information; 4) Mental health treatment; 5) 180 days home detention; 6) Cooperative with IRS

**Dates and Mode of Travel:**  U.S. Airways

**Purpose:**  The purpose of the trip is for the releasee to participate in a holistic rehabilitation program following heart surgery. The releasee has provided a statement from his physician recommending the treatment program in India, as well as his medical records, and an outline of the treatment program.  In addition, the offender has provided a statement from his accountant, stating the *Offer in Compromise* to the IRS remains pending, and that the releasee is current on his payments to the IRS.  Lastly, the releasee

**RE:    PRADEEP BALI**
        **Docket Number:   1:09cr00170-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

has provided his trip itinerary, a breakdown for cost of trip,  and a travel application.

Respectfully Submitted,

/s/ Leighann L. Milford

**Leighann L. Milford**
**Senior United States Probation Officer**

**DATED:**    September 20, 2011
              Fresno, California
              LLM

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved      X                             Disapproved _____

    September 22, 2011                      /s/ OLIVER W. WANGER
**Date**                                    **Oliver W. Wanger**
                                            **United States District Judge**