**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)    Docket No:  1:09CR00170-01LJO<br>PRADEEP BALI            )<br>) | |

On January 19, 2010, the above-named was placed on SUPERVISED RELEASE for a period of 3 years. The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. On April 3, 2013, Assistant United States Attorney, Mark Cullers reported he had no objection to an early termination of supervised release in this case. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Leighann L. Milford

**Leighann L. Milford**
**Senior United States Probation Officer**

Dated:        April 11, 2013
              Fresno, California
              llm

           /s/ Hubert J. Alvarez
**REVIEWED BY:**    HUBERT J. ALVAREZ
              **Supervising United States Probation Officer**

1

**Re:** **Pradeep BALI**
**Docket No.:** **1:09CR00170-01 LJO**
**REPORT AND ORDER TERMINATING**
**PROBATION/SUPERVISED RELEASE**

## ORDER OF COURT

Pursuant to the above report, it is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   April 11, 2013**            **/s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE